JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
EDWIN MAYORGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-CR-84  LJO/SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE & PROPOSED ORDER** |
| vs. | |
| EDWIN MAYORGA, | **Date:  June 26, 2014** |
| Defendant | **Time: 2:30 p.m.** |

The Defendant, EDWIN MAYORGA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Brian Delaney, hereby stipulate as follows:

1. The status conference in this matter is currently set for June 26, 2014 at 2:30 p.m.

2. The defense is seeking a continuance of the status conference for the purpose of further preparation and plea negotiations.  Defense counsel is still in the process of reviewing the evidence and consulting with the defendant regarding the evidence and plea negotiations. Both sides believe that further discussion and negotiation may lead to a resolution of this matter.

3. The defense is requesting that Mr. Mayorga's status conference be continued to August 28, 2014, at 2:30 p.m., or the next available date thereafter.

4. The United States has no objection to the requested continuance and the date selected.

1. The parties agree that the time until the next status conference be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  June 24, 2014                             The Law Office of Kyle J. Humphrey

                                                  By: /s/  Jared M. Thompson
                                                  Jared M. Thompson, Attorney for
                                                  Defendant, Edwin Mayorga


DATED:  June 24, 2014                             United States Attorney's Office

                                                  By: /s/ Brian Delaney
                                                  Brian Delaney
                                                  Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Mayorga's Status Conference date, currently set on June 26, 2014, at 2:30 p.m., be continued to August 28, 2014, at 2:30 p.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   **June 25, 2014**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE