JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
EDWIN MAYORGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN MAYORGA,<br><br>Defendant | Case No. 1:14-CR-84  LJO SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE & ORDER**<br><br>**(Doc. 12)** |

The Defendant, EDWIN MAYORGA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Brian Delaney, hereby stipulate as follows:

1. The status conference in this matter is currently set for August 28, 2014 at 2:30 p.m.

2. The defense is seeking a continuance of the status conference for the purpose of further preparation and plea negotiations.  Defense counsel is engaged in discussions with Mr. Delaney, and is seeking the input from the case agent in this matter, in order to resolve this matter.

3. The defense is requesting that Mr. Mayorga's status conference be continued approximately sixty (60) days to October 30, 2014, at 2:30 p.m., or the next available date thereafter.

4. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  August 27, 2014                                  The Law Office of Kyle J. Humphrey

                                                         By: /s/  Jared M. Thompson
                                                         Jared M. Thompson, Attorney for
                                                         Defendant, Edwin Mayorga


DATED:  August 27, 2014                                  United States Attorney's Office

                                                         By: /s/ Brian Delaney
                                                         Brian Delaney
                                                         Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The status conference, currently set on August 28, 2014, is **CONTINUED** to **November 4, 2014** at 2:30 p.m.;

2. Good cause exists and the interests of the public and the defendant in a speedy trial are outweighed by the need for the defense to engage in case preparation and to engage in ongoing settlement discussions with the government.  Therefore, time, under the Speedy Trial Act, is excluded pending the next hearing.

IT IS SO ORDERED.

   Dated:   **August 27, 2014**                          **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE