JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
EDWIN MAYORGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN MAYORGA,<br><br>Defendant | Case No. 1:14-CR-84 LJO/SKO<br><br>**STIPULATION TO CANCEL STATUS CONFERENCE DUE TO CHANGE OF PLEA**<br><br>Date: January 26, 2015<br>Time: 2:30 p.m. |

    The Defendant, EDWIN MAYORGA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Brian Delaney, hereby stipulate as follows:

1. The status conference in this matter is currently set for January 26, 2015 at 2:30 p.m.
2. The parties have agreed to settle this matter by negotiated plea agreement. The plea agreement has been signed by both parties, including the defendant, and the parties have tentatively agreed to schedule a change of plea hearing for February 23, 2015.
3. The parties request that the status conference set for January 26, 2015, be cancelled in light of the plea agreement and hearing for change of plea.

    The parties agree that the time until the next hearing be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  January 24, 2015               The Law Office of Kyle J. Humphrey

                                       By: /s/  Jared M. Thompson
                                       Jared M. Thompson, Attorney for
                                       Defendant, Edwin Mayorga


DATED:  January 24, 2015               United States Attorney's Office

                                       By: /s/ Brian Delaney
                                       Brian Delaney
                                       Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED:

1. The status conference date, set on January 26, 2015, at 2:30 p.m., is **VACATED** in light of the plea agreement;

2. The hearing on the change of plea is set on **February 23, 2015** at 8:30 a.m. before Judge Lawrence J. O'Neill;

3. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through the date set for change of plea.

IT IS SO ORDERED.

Dated:   **January 26, 2015**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE