JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
EDWIN MAYORGA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-CR-84 LJO/SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING & ORDER** |
| vs. | |
| EDWIN MAYORGA, | **Date:  May 18, 2015** |
| Defendant | **Time: 9:30 a.m.** |

The Defendant, EDWIN MAYORGA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Brian Delaney, hereby stipulate as follows:

1. The sentencing hearing in this matter is currently set for May 18, 2015 at 8:30 a.m.

2. The defense and the prosecution are working to resolve an issue involving the correct application of the base offense level under the Drug Quantity Table.  The prosecution is in the process of providing evidence of the scientific testing of the substance found during the investigation of this case.  The defense has yet to receive any analyses regarding the substance found or its purity.

3. The defense is requesting that Mr. Mayorga's sentencing be continued to June 1, 2015, at 9:30 a.m., or the next available date thereafter.

4. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the sentencing hearing be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: May 12, 2015                           The Law Office of Kyle J. Humphrey

                                              By: /s/ Jared M. Thompson
                                              Jared M. Thompson, Attorney for
                                              Defendant, Edwin Mayorga


DATED: May 12, 2015                           United States Attorney's Office

                                              By: /s/ Brian Delaney
                                              Brian Delaney
                                              Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

Mr. Mayorga's sentencing hearing, currently set on May 18, 2015, at 8:30 a.m., is continued to June 1, 2015, at 9:30 a.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   **May 12, 2015**              /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE