JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
EDWIN MAYORGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN MAYORGA,<br><br>Defendant | Case No. 1:14-CR-84 LJO/SKO<br><br>**STIPULATION TO CONTINUE SENTENCING & ORDER**<br><br>**Date: June 1, 2015**<br>**Time: 9:30 a.m.** |
|---|---|

    The Defendant, EDWIN MAYORGA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Brian Delaney, hereby stipulate as follows:

1. The sentencing hearing in this matter is currently set for June 1, 2015 at 9:30 a.m.

2. The defense and the prosecution are working to resolve an issue involving the correct application of the base offense level under the Drug Quantity Table. The defense has not yet received the laboratory analysis of the substance seized in this case from the prosecution. The defense has been informed that the report of analysis could be ready as early as today, May 28, however, the defense needs time to review and respond to this report in its sentencing memorandum.

3. The defense is requesting that Mr. Mayorga's sentencing be continued to June 15, 2015, at 9:30 a.m., or the next available date thereafter.

4. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the sentencing hearing be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: May 28, 2015                     The Law Office of Kyle J. Humphrey

                                        By: /s/ Jared M. Thompson
                                        Jared M. Thompson, Attorney for
                                        Defendant, Edwin Mayorga


DATED: May 28, 2015                     United States Attorney's Office

                                        By: /s/ Brian Delaney
                                        Brian Delaney
                                        Assistant United States Attorney


IT IS SO ORDERED.

   Dated:   **May 28, 2015**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Mayorga's sentencing hearing, currently set on June 1, 2015, at 9:30 a.m., be continued to June 15, 2015, at 9:30 a.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

**IT IS SO ORDERED:**

DATED: _____, 2015

By: _____
LAWRENCE J. O'NEILL
United States District Judge